BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
PAULA R. BROWN (254142)
JENNIFER L. MACPHERSON (202021)
501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
pbrown@bholaw.com
jmacpherson@bholaw.com

*Attorneys for Plaintiffs and the Proposed Classes*

[Additional counsel appear on signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| JOWELI VUNISA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEALTH NET, LLC, HEALTH NET OF CALIFORNIA, INC., HEALTH NET LIFE INSURANCE COMPANY, HEALTH NET COMMUNITY SOLUTIONS, INC., CALIFORNIA HEALTH & WELLNESS, CENTENE CORPORATION, and ACCELLION, INC., and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 5:21-cv-03425-EJD<br><br>**CLASS ACTION**<br><br>**NOTICE OF SETTLEMENT**<br><br>JUDGE:  Hon. Edward J. Davila<br>CTRM:   4—5th Floor |
| JOHN HARBOUR and TAMI WISNESKY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA HEALTH & WELLNESS PLAN, HEALTH NET OF CALIFORNIA, INC., HEALTH NET LIFE INSURANCE COMPANY, HEALTH NET COMMUNITY SOLUTIONS, INC., HEALTH NET, LLC and ACCELLION, INC.,<br><br>Defendant. | Case No. 5:11-cv-03322-EJD<br><br>**NOTICE OF SETTLEMENT**<br><br>JUDGE:  Hon. Edward J. Davila<br>CTRM:   4—5th Floor |

| | |
|---|---|
| J. DOE, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>     v.<br><br>HEALTH NET OF CALIFORNIA, INC., HEALTH NET, LLC and ACCELLION, INC., a Delaware Corporation,<br><br>     Defendant. | Case No. 5:21-cv-02975-EJD<br><br>**NOTICE OF SETTLEMENT**<br><br>JUDGE:  Hon. Edward J. Davila<br>CTRM:   4—5th Floor |

**PLEASE TAKE NOTICE** that a class-wide settlement in principle has been reached between Plaintiffs in the above-captioned matters and Defendants Health Net LLC, Health Net of California, Inc., Health Net Life Insurance Company, Health Net Community Solutions, Inc., California Health & Wellness, and Centene Corporation (the "Health Net Defendants"), that would resolve Plaintiffs' claims against the Health Net Defendants only. Plaintiffs intend to submit a motion seeking preliminary approval of the class action settlement and all supporting documents within thirty (30) days.

Respectfully submitted,

Dated: October 29, 2021

**BLOOD HURST & O'REARDON, LLP**
TIMOTHY G. BLOOD (149343)
PAULA R. BROWN (254142)
JENNIFER L. MACPHERSON (202021)

By:    *s/ Timothy G. Blood*
TIMOTHY G. BLOOD

501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
pbrown@bholaw.com
jmacpherson@bholaw.com

**AHDOOT & WOLFSON, PC**
TINA WOLFSON (SBN 174806)
ROBERT AHDOOT (SBN 172098)
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505-4521
Tel: 310/474.9111
310/474.8585 (fax)
*twolfson@ahdootwolfson.com*
*rahdoot@ahdootwolfson.com*

**AHDOOT & WOLFSON, PC**
ANDREW W. FERICH
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Tel: 310/474.9111
310/474.8585 (fax)
*aferich@ahdootwolfson.com*

**KAPLAN FOX & KILSHEIMER LLP**
LAURENCE D. KING
MATTHEW B. GEORGE

1999 Harrison Street, Suite 1560
Oakland, CA 94104
Tel: 415/772-4700
415/772-4707 (fax)
*lking@kaplanfox.com*
*mgeorge@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
Joel B. Strauss
850 Third Avenue, 14th Floor
New York, NY 10022
Tel: 212/687-1980
212/687-7714 (fax)
*jstrauss@kaplanfox.com*

*Attorneys for Plaintiffs and the Proposed Classes*

Dated: October 29, 2021                **SKADDEN ARPS SLATE MEAGHER & FLOM LLP**

By:            *s/ William E. Ridgway*
             WILLIAM E. RIDGWAY

155 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1720
Tel: 312/407.0700
312/407.0411 (fax)
*william.ridgway@skadden.com*

*Attorneys for Health Net Defendants*

**ECF CERTIFICATION**

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to this document.

Dated: October 29, 2021                BLOOD HURST & O'REARDON, LLP

By:            *s/ Timothy G. Blood*
             TIMOTHY G. BLOOD

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 29, 2021.

*s/ Timothy G. Blood*
TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/338-11001
tblood@bholaw.com